ORDERED.

Dated: April 25, 2018



Arthur B. Briskman
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
Middle District of Florida
Orlando Division

| IN RE: | Case No: 6:16-bk-01646-ABB |
|---|---|
| Bobby Lee Hopper Ii | Chapter 13 |
| Debtor | |

### ORDER GRANTING DEBTOR'S MOTION TO MODIFY CONFIRMED PLAN

**THIS CAUSE** came before the Court without a hearing upon the Debtor's Motion to Modify Confirmed Plan, (Document No. 70) The Trustee, in her review of the Motion to Modify, noted the Debtor certified that all creditors and interested parties had received a copy of the Motion. The Court having noted that all issues are resolved by this Order and/or were resolved at the hearing, it is hereby:

**ORDERED AND ADJUDGED:**

1. That the Debtor's Motion is granted, and the Order Confirming Chapter 13 Plan is modified, pursuant to the payments and disbursements set forth on Exhibit "A" attached hereto.

2. All other provisions of the Order Confirming Chapter 13 Plan entered by this Court on September 09, 2016 shall remain the same and in full force and effect.

**Exhibit "A"**

| Claim Nbr. | Claim | Claim Type | Claim Amount | Claim Allowed | Notes | Monthly Payments | |
|---|---|---|---|---|---|---|---|
| AT | Elizabeth Mccausland | Attorney Fee | $4,820.00 | $4,820.00 | | | |
| | | | | | | 01-01/ | $591.45 |
| | | | | | | 02-08/ | $582.45 |
| | | | | | | 09-09/ | $151.40 |
| 001 | Portfolio Recovery Associates, Llc | Secured By Vehicle | $41,263.64 | $9,007.99 | ( 1 ) | | |
| | | | | | | 01-08/ | $686.70 |
| | | | | | | 09-09/ | $581.29 |
| | | | | | | 10-12/ | $977.70 |
| 002 | Lvnv Funding, Llc - Assignee Of Fnb | General Unsecured | $245.01 | $245.01 | | 01-60/ | Pro Rata |
| 003 | Ditech Financial, Llc - Fka Green Tree | Ongoing Mortgage | $91,428.28 | $0.00 | ( 2 ) | | |
| | | | | | | 01-12/ | $503.85 |
| | | | | | | 13-15/ | $0.00 |
| | | | | | | 16-20/ | $503.85 |
| | | | | | | 21-22/ | $0.00 |
| | | | | | | 23-23/ | $230.26 |
| | | | | | | 24-24/ | $507.09 |
| | | | | | | 25-60/ | $524.56 |
| 103 | Ditech Financial, Llc - Fka Green Tree | Mortgage Arrears | $10,438.64 | $10,438.64 | | | |
| | | | | | | 01-08/ | $0.00 |
| | | | | | | 09-09/ | $294.45 |
| | | | | | | 10-12/ | $291.45 |
| | | | | | | 13-23/ | $0.00 |
| | | | | | | 24-24/ | $23.91 |
| | | | | | | 25-25/ | $68.60 |
| | | | | | | 26-33/ | $69.08 |
| | | | | | | 34-34/ | $69.12 |
| | | | | | | 35-58/ | $349.34 |
| | | | | | | 59-59/ | $171.41 |
| 203 | Ditech Financial, Llc - Fka Green Tree | Gap Pay | $524.56 | $524.56 | | | |
| | | | | | | 01-58/ | $0.00 |
| | | | | | | 59-59/ | $177.93 |
| | | | | | | 60-60/ | $346.63 |
| 303 | Ditech Financial, Llc - Fka Green Tree | Other Arrears | $2,803.04 | $2,803.04 | ( 3 ) | | |
| | | | | | | 01-24/ | $0.00 |
| | | | | | | 25-25/ | $280.74 |
| | | | | | | 26-33/ | $280.26 |
| | | | | | | 34-34/ | $280.22 |

Note ( 1 )    THIS CLAIM IS BEING AT THE TILL RATE OF 5.25% INTEREST.
               **THIS CLAIM TRANSFERRED TO PORTFOLIO RECOVERY ASSOCIATES, LLC - DOC #37.
               COLLATERAL FOR THIS CLAIM IS SURRENDERED

Note (  2)      PRINCIPAL DUE AMOUNT PURSUANT TO FILING OF PROOF OF CLAIM IS $91,428.28.

Note (  3)      CLAIM REPRESENTS THE 3 SKIPPPED MORTGAGE PAYMENTS FOR MONTHS 13 THROUGH 15, APRIL THROUGH JUNE 2017.

### Debtor Payments to the Trustee

| Months | Amount |
|---|---|
| 1-1 | $1,980.00 |
| 2-12 | $1,970.00 |
| 13-15 | $0.00 |
| 16-20 | $559.83 |
| 21-22 | $0.00 |
| 23-23 | $255.85 |
| 24-24 | $590.00 |
| 25-59 | $971.00 |
| 60-60 | $967.99 |

ONLY TIMELY FILED CREDITORS SHALL BE PAID PRO RATA FROM FUNDS AVAILABLE AFTER PAYMENT OF PRIORITY AND SECURED CLAIMS.
Variations in distributions between the debtor's plan and this Order shall be resolved in favor of this Order.

NOTICE TO ALL CREDITORS LISTED ABOVE:  In an effort to disburse all funds held by the Trustee on a monthly basis, it is possible that you may on occasion receive partial payment. However, the Claim Allowed by this Court will be paid in full by the end of the Debtor's plan. All undesignated funds will be distributed to unsecured creditors.

ALL TAX RETURNS must be provided to the Trustee annually by April 30. All future refunds from the Internal Revenue Service shall be turned over to the Chapter 13 Standing Trustee for distribution to unsecured creditors.

ACCORDING TO THE CONFIRMED CHAPTER 13 PLAN, or any modified plan thereafter, the last regular monthly mortgage payment to be paid through the Chapter 13 Trustee's office is March 10, 2021. Therefore, it is important that the Debtor resumes their regular monthly mortgage payments directly to the mortgage creditor thereafter.

Copies furnished to: All Creditors and Interested Parties.

Trustee Laurie K Weatherford is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.