UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

Bobby Lee Hopper,                                   CASE NO.: 6:16-bk-01646
    Debtor.
_____/

**DEBTOR'S RESPONSE TO MOTION TO DISMISS FOR
<u>FAILURE TO MAINTAIN TIMELY PAYMENTS (Doc #79)</u>**

    COMES NOW, the Debtor BOBBY LEE HOPPER, by and through the undersigned attorney and hereby responds to the Trustee's Motion to Dismiss for Failure to Maintain Timely Payments (Doc. #79) as follows:

1. The Trustee filed a Motion to Dismiss for Failure to Maintain Timely Plan Payments on December 12, 2018 stating Debtor was behind in the amount of $3,126.00.

2. The Debtor admits he was behind on payments at the time of the Trustee's motion.

3. Debtor made payment through TFS to the Trustee in the amount of $900.00 in December 2018. Upon realizing that the amounts of his payments were incorrect still, Debtor attempted to schedule a corrective payment online. In doing this, Debtor believes that he inadvertently moved the payment date. As such, Debtor now has a payment scheduled to be paid through TFS on January 7, 2019 for $1800. He also has a payment of $426.00 scheduled for payment two weeks after that. This will bring the Debtor current.

    WHEREFORE, the Debtor respectfully requests that the Trustee's Motion to Dismiss be denied.

<u>**CERTIFICATE OF SERVICE**</u>

    I HEREBY CERTIFY that a true and correct copy of the foregoing Response has been furnished either by electronic transmission or U.S. Mail this 23rd day of October 2018 to:

**Debtor**, Bobby Lee Hopper, 1018 35th Street, Orlando, FL 32805
**Chapter 13 Trustee,** Laurie K. Weatherford, Trustee, Post Office Box 3450, Winter Park, FL 32790-3450

    <u>/s/ Elizabeth F. McCausland</u>
    Elizabeth F. McCausland
    Liz McCausland, P.A.
    426 North Ferncreek Avenue
    Orlando, FL 32803
    Phone: 407-992-8824
    Email: Liz@LizLawFirm.com